ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MONICA L. MILLER
Assistant United States Attorney
California State Bar #157695
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone:(213) 894-4061
    Facsimile:(213) 894-7819
    Email:  monica.miller@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RITA ISTANBOULIAN and CHAHANIK ISTANBOULIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE; UNITED STATES OF AMERICA; and DOES 1 TO 10, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV 10-7029 PA (VBKx)<br><br>**ORDER DISMISSING**<br><br>**ACTION WITH PREJUDICE**<br><br>[Rita Istanboulian] |

Plaintiffs and Defendant, United States of America, having filed Stipulations for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiffs' action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and fees; and

DATED:    <u>April 25, 2012.</u>

                                                                          PERCY ANDERSON
                                                                          UNITED STATES DISTRICT JUDGE